## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROGER D. MAGEE** | * | **CIVIL ACTION NO.: 14-01986** |
| | * | |
| **VERSUS** | * | **JUDGE (SECTION "B")** |
| | * | **IVAN L.R. LEMELLE** |
| **WALTER P. REED, ET AL** | * | |
| | * | **MAGISTRATE (1):** |
| | * | **JANET VAN MEERVELD** |

* * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant's Motion to Compel will be deemed taken under submission by the Court at 9:00 o'clock a.m. on December 18, 2019.

                          Respectfully submitted:

By:   s/ Alex L.M. Ducros, T.A._____
        **ALEX L.M. DUCROS (Bar No. 32128)**
        **Assistant District Attorney**
        21454 Koop Drive, Suite 2G
        Mandeville, Louisiana 70471
        Phone:     (985) 898-3427
        Facsimile:  (985) 867-5124

*Counsel for Defendant, Walter P. Reed,*
*in his former official capacity as*
*22nd Judicial District Attorney*

## CERTIFICATE OF SERVICE

I do hereby certify that on December 2, 2019 a copy of the foregoing Notice of Submission was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

By: s/ Alex L.M. Ducros, T.A.
**ALEX L.M. DUCROS (Bar No. 32128)**
**Assistant District Attorney**
21454 Koop Drive, Suite 2G
Mandeville, Louisiana  70471
Phone:       (985) 898-3427
Facsimile:   (985) 867-5124

*Counsel for Defendant, Walter P. Reed,*
*in his former official capacity as*
*22nd Judicial District Attorney*