**Warren Montgomery**

**District Attorney**

22nd Judicial District
Washington – St. Tammany Parishes

---

*Alex L.M. Ducros*
*Assistant District Attorney, Civil Division*

*21454 Koop Drive, Suite 2G*
*Mandeville, Louisiana 70471*

*Telephone: (985) 898-3427*
*Facsimile: (985) 867-5124*

---

June 13, 2019

***VIA EMAIL ONLY***

Philip J. Kaplan
Law Offices of Philip J. Kaplan
3278 Wilshire Blvd., Suite 106
Los Angeles, CA 90010
Email: philipkaplanlaw@gmail.com

Dylan Leach
Smith & Fawer, LLC
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Email: dleach@smithfawer.com

Re:   Roger D. Magee v. Walter P. Reed, *et al.*
      EDLA Case No. 14-1986-ILRL-JVM

Dear Philip and Dylan,

Attached please find Defendant Walter P. Reed's, in his Former Official Capacity as District Attorney for Washington and St. Tammany Parishes, State of Louisiana, First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents Propounded to Plaintiff Roger Dale Magee.

Should you have any trouble opening the attached or any questions, please do not hesitate to contact me.

With kindest personal regards, I remain

Sincerely,

Alex L.M. Ducros

Encls.
Cc:   Via Email Only (w/ Encls.)
      James Knight (jknight@knightlawllc.com)
      Rick Simmons (rsimmons@halleymcnamara.com)
      Cary Menard (cmenard@22da.com)
      Emily Couvillon (ecouvillon@22da.com)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROGER D. MAGEE** | * | **CIVIL ACTION NO.: 14-01986** |
| | * | |
| **VERSUS** | * | **JUDGE (SECTION "B")** |
| | * | **IVAN L.R. LEMELLE** |
| **WALTER P. REED, ET AL** | * | |
| | * | **MAGISTRATE (1):** |
| | * | **JANET VAN MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT WALTER P. REED'S, IN HIS FORMER OFFICIAL CAPACITY, FIRST SET OF REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUESTS FOR THE PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF ROGER DALE MAGEE

**TO:   ROGER DALE MAGEE**
**Through his attorneys of record**

Philip J. Kaplan
LAW OFFICES OF PHILIP J. KAPLAN
3278 Wilshire Blvd., Suite 106
Los Angeles, CA 90010
Email: philipkaplanlaw@gmail.com

Dylan Leach
SMITH & FAWER, LLC
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Email: dleach@smithfawer.com

**NOW COMES** Defendant, Walter P. Reed, in his former official capacity as district attorney for the 22nd Judicial District, Parishes of Washington and St. Tammany (the "D.A." or "Reed"), through its undersigned counsel, who propounds the following First Set of Requests for Admissions, Interrogatories and Requests for Document Production (collectively, the "Requests") to plaintiff Roger Dale Magee ("Magee"), which are to be answered completely in accordance with the Federal Rules of Civil Procedure within thirty (30) days, which Requests are to be deemed continuing. These Requests are additionally governed by the following definitions and instructions.

## DEFINITIONS AND INSTRUCTIONS

1.  The term **"person"** shall mean the plural as well as the singular and includes, without limitation, any individual, partnership, firm or corporation, limited liability company, limited liability partnership, association, joint venture, federal, state or local government agency or department or any other business, legal or governmental entity.

2.  The terms "**you**" and **"your"** shall mean the person to whom these Requests are directed.

3.  The term **"document"** shall mean the original or a copy of any written, printed, typed, photocopied, photographic or graphic matter of any kind or character, and any recorded materials, however produced or reproduced, in your possession or control or known by you to exist, including, without limiting the generality of the foregoing, all drafts, contracts, agreements, letters, diaries, calendars, day-timers, desk pads, correspondence, communications (as defined below), telegrams, teletypes, memoranda, notes, summaries, records, graphs, maps, charts, diagrams, plans, sketches, studies, reports, lists, minutes, brochures, pamphlets, circulars, press releases, entries in books of account, computer printouts, computer tapes, computer disks, computer storage and/or backup, microfilm, microfiche, tape recordings, photographs, motion pictures, videotapes, plats, diagrams, surveys, voice tapes or recordings relating or referring in any way to the subject matter of these Requests and all amendments, addenda, or attachments to those such documents. Copies of documents which differ in any way from the original, including drafts or copies bearing notations, are also included in the definition of the term document.

    The term **"document"** shall also mean the original or a copy of any data stored electronically, in any form or fashion, in your possession, custody or control or known by you to exist, including, without limiting the generality of the foregoing, draft and previous versions of documents, or data, including those but not limited to those defined or stored as follows:

    a.  On-Line Data Storage on Mainframes, Minicomputers, PC's, tablets or Laptops;
    b.  Off-Line Data Storage, Backups and Archives, Floppy Diskettes, Zip Drives/Files, Tapes, Compact Disks or Diskettes, Laptops, Flash media, Palm-held devices, Tablet-devices, External Hard Drives or Other Removable Electronic Media;
    c.  Data Storage Devices;
    d.  Fixed Drives on Stand-Alone Personal Computers or Network Workstations;
    e.  Programs and Utilities (necessary for the retrieval or processing of data and files);
    f.  Maintenance of a Log of System Modifications;
    g.  Copies of Software and Operating Manuals;
    h.  E-Mail and text-messages;
    i.  Word processing files, computer presentations (*e.g.*, PowerPoint slides), stand-alone databases (*e.g.*, Access), and spreadsheets (*e.g.*, Excel);
    j.  Databases; and
    k.  Electronically stored research and/or reference literature and materials.

4.      The term **"communication"** shall mean the transmission of information from one person to another or in the presence of another whether written, oral, telephonic, electronic or by any other means, and shall be a document as defined above when recorded in writing or via means of audio or video recording, including, without limitation, letters, emails, faxes, text messages, voice memos, audio recordings, video footage.

5.      The term **"obligation"** or **"contract"** or **"agreement"** shall mean a legal relationship whereby a person, called the obligor, is bound to render a performance in favor of another, called the obligee.  Performance may consist of giving, doing, or not doing something.

6.      The terms **"relate to"** and **"relating to"** shall mean: consist of, refer to, indicate, support, evidence, reflect or be in any way basically or factually connected with this matter.

7.      The terms **"identify"** or **"identification"** and **"describe"** or **"description"**:

   a.      **When used in reference to an individual, shall mean to state his or her full name, present or last known home address and telephone number, business affiliation, business address, business telephone number, job title and description of duties;**

   b.      When used in reference to a corporation, shall mean to state its full legal name, its trade name (if any), its state of incorporation, and the address and telephone number of its principal place of business;

   c.      When used in reference to a person other than an individual or corporation, shall mean to state its full legal name, its trade name (if any), its organizational form, and the address and telephone number of its principal place of business;

   d.      When used in reference to a document, shall mean to state the type of document, date, author, addressee, title, its present location, the full name and business address and telephone number of its custodian, and the substance of the contents thereof.  In lieu of identifying any document, copies thereof may be furnished;

   e.      When used in reference to an agreement or contract, shall mean to state the full name of each party to the agreement or contract, the date on which it was entered into, the place where it was perfected, its terms and/or conditions, its present location, the full name and business address and telephone number of its custodian, and the substance of the contents thereof.  If the agreement or contract has been amended, this must be stated and the above information furnished on each such amendment.  In lieu of identifying any agreement or contract, copies thereof may be furnished;

   f.      When used in reference to any act, occurrence, occasion, meeting, transaction, investigation, examination, expression or conduct (collectively, "act"), shall mean to set forth the event or events constituting such act, its location, the date and

persons participating, including each such person's name, home address and telephone number, business affiliation, business address and telephone number, and occupation, present or involved, and the documents relating or referring in any way thereto, when used in reference to any discussion, conversation, communication, investigation, examination or statement (collectively, "discussion"), shall mean in addition to the foregoing to set forth the substance of the discussion.

8.  Words of the masculine gender include the feminine and neuter gender, and the singular includes the plural (and vice versa).

9.  The definitions set forth are expressly incorporated by reference and made a part of each of the Requests set forth below.

10.  Pursuant to the Federal Rules of Civil Procedure, **this discovery is deemed continuing** requiring supplemental responses thereto to be seasonally given in the event that information is discovered, acquired or becomes known to you which would require amendment or supplementation of the responses to these Requests in order for your responses to be proper, complete and/or truthful.

11.  Answer each Request fully, regardless of whether your response is based on information actually or constructively available (1) to you personally or (2) to anyone acting on your behalf, including officers, representatives, accountants, attorneys, and any other person or firm known by any of the foregoing to possess or have access to the pertinent information or documents.

12.  **If you propose an objection** to any Request, please state fully the grounds for the objection and the legal authority upon which you will rely in response to a Motion to Compel.

13.  In this regard, if any Request is subject to objection on the basis of the assertion or claim of privilege or attorney work product, please specify the claimed basis for withholding the information, provide a statement of all circumstances which will be relied upon to support any such claim and the nature of the information withheld including, but not limited to, the following:

     a.  The author(s);
     b.  The recipient(s);
     c.  The sender;
     d.  The date and time;
     e.  File type (*e.g.*, letter, report, memorandum, chart, etc.)
     e.  A description of the nature and subject matter of the document; and
     f.  The basis or bases for the claim of privilege or other reason claimed for withholding or limiting disclosure.

14.     If any document responsive to these Requests was, but is no longer, in your possession or custody or subject to its control, or in existence, state whether it (1) is missing or lost, (2) has been destroyed, (3) has been transferred, voluntarily or involuntarily, to others or (4) has been otherwise disposed of, and in each instance, explain the circumstances surrounding the disposition thereof, and state the date or approximate date of such disposition.

15.     You are requested to organize your production of documents with reference to the Request in response to which the documents are produced.

16.     Restate each Request in full prior to a response.

17.     You are requested to organize your production of documents with reference to the Request in respond to which the documents are provided.

18.     Verify you have read and confirm your answers and objections to these interrogatories by signing the attached verification.

19.     The term **"Incident"** means the plaintiff Magee's March 28 and March 31, 2014 arrests and resulting incarceration until his release subject to a plea agreement entered on July 7, 2014, which is the subject of this lawsuit.

20.     The term "relevant period" means the period between January 1, 2009 and March 28, 2014.

21.     The term **"medical services"** shall mean any service provided by any **health care provider**.

22.     The term **"date"** means the exact date of the occurrence mentioned or alternatively the approximate date(s) if the exact date is unknown, under the condition that approximate dates provided are to be identified as such.

23.     The term **"location"** means, unless otherwise noted, the exact municipal address if known.  If unknown, please identify the state, parish (or county), and city (if such item occurred within a city limit) where the item referred to occurred.

### FIRST SET OF REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSIONS NO. 1**:

Please admit that you had no communications with representatives of the Federal Bureau of Investigation (or "FBI") regarding Walter P. Reed prior to your release from the Washington Parish Jail on July 7, 2014.

**REQUEST FOR ADMISSIONS NO. 2**:

Please admit no Assistant District Attorney was present at the 72 hour hearing held on March 31, 2014.

**REQUEST FOR ADMISSIONS NO. 3**:

Please admit you hired attorney John Allen to represent you in connection with your March 28, 2014 arrest.

**REQUEST FOR ADMISSIONS NO. 4**:

Please admit Commissioner Dan Foil appointed an indigent defender to represent you at the 72 hour hearing held on March 31, 2014.

**REQUEST FOR ADMISSIONS NO. 5**:

Please admit your attorney John Allen did not attend the 72 hour hearing held on March 31, 2014 on your behalf.

**REQUEST FOR ADMISSIONS NO. 6**:

Please admit your attorney John Allen did not attend any hearing on your behalf relating to your March 28, 2014 arrest.

**REQUEST FOR ADMISSIONS NO. 7**:

Please admit you made no child support payments between September 13, 2011 and March 28, 2014 inclusive.

## FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1**:

Please provide the following:

a.    your full legal name, and any aliases or nicknames ever used by you;

b.    your date of birth;

c.    your place of birth;

d.    your social security number;

e.    your marital status (including full names of each spouse, and dates of all marriages, dates of termination);

f.    the names and dates of birth of all children, natural and adopted;

g.    current address and previous residence addresses for the past ten years, indicating dates for each;

h.    the names and addresses of every high school, college, vocational and professional school you have attended, showing beside each whether you graduated or received any degree or certification, and the dates of attendance;

i.    your full employment history, including the names and addresses of each and every employer, dates of employment by each, whether employment was full or part-time, a description of the position and its duties, the average number of weekly hours worked, and approximate wage or salary per hour, week or annum. For any period of self-employ, please identify the custodian of and location of all financial records related to such business pursuit.

**INTERROGATORY NO. 2:**

Please identify all representatives of the FBI you allegedly provided information to with the "several years" you reference in ¶ 4(a) of your First Amended Complaint for Damages, Declaratory Relief, and Injunctive Relief filed on August 29, 2014 (Rec. Doc. 23) (the "Amended Complaint"), along with the dates of all meetings, calls and/or other communication with same.

**INTERROGATORY NO. 3:**

Please identify the "personal injury referrals" you reference in ¶ 4 of your Amended Complaint, along with the details of the "settlement of those matters," "issues about how those case were settled," and "questions about how and to whom settlement proceeds were distributed," which you allegedly provided to the FBI.

**INTERROGATORY NO. 4:**

Identify all sources of the quoted excerpts appearing in your Amended Complain, whether there are recordings of same, and identify the location of same; specifically, those alleged quoted excerpts appearing in:

(a)     Paragraph 4(a);

(b)     Paragraph 5(a);

(c)     Paragraph 22; and

(d)     Paragraph 23.

**INTERROGATORY NO. 5:**

Identify all sources of the information you were allegedly "informed" of supporting your allegation in ¶ 5(e) of your Amended Complaint that "Cox, Reed, and Sheriff Seal had knowledge of the above Order to Recall Body Attachment ('Recall Order'), particularly in light

of Seal's involvement and partnership with the District Attorney's Office in a 'roundup' <u>of parents who were in arrears on their child support payments during 2013</u>."

**INTERROGATORY NO. 6**:

Identify all sources of the information you were allegedly "informed" of supporting your allegations in ¶ 5(f) of your Amended Complaint wherein you allege that the issuance of the Recall Order was "was engineered by Reed, through the channels of the District Attorney's Office, and by Cox."

**INTERROGATORY NO. 7**:

Identify all sources of the information you were allegedly "informed" of supporting your allegations in ¶ 5(g) of your Amended Complaint wherein you allege that you were "protected by the Recall Order" issued by the court in Arkansas despite your presence in Louisiana – including the specific person(s) you spoke with and the documents you were provided (if any).

**INTERROGATORY NO. 8**:

Identify all persons present at the home of Ruby Magee Walley at the time of your arrest on March 28, 2014, including their ages at the time.

**INTERROGATORY NO. 9**:

Identify the cell phone number and cell-phone carrier you were using when you allegedly received a call from Jerry Wayne Cox's daughter, Debbie Cox, on the day after your release, as referenced in ¶ 24 of your Amended Complaint.

**INTERROGATORY NO. 10**:

Please identify the full names, last known addresses, telephone numbers and email addresses of all persons whom you may call as a witness at the trial of this matter, including and identifying all expert witnesses (medical or otherwise) in support of your loss of consortium

claim, and briefly state the facts and/or opinions to which you anticipate each witness will testify.

**INTERROGATORY NO. 11:**

Please identify your employers for the last ten (10) years and, for each job, identify the following: (a) the dates of your employment; (b) position(s) held; (c) the nature of work; (d) the name of your supervisor(s); (e) your salary or hourly wage; and (f) the reason(s) for leaving.

**INTERROGATORY NO. 12:**

Please identify all members of your "family" and "criminal defense counsel" who you allege "made a number of requests for bail" during the Incident, specifically who refused them, and who specifically used the phrase "DA Hold" during the Incident as referenced in ¶ 22 of your Amended Complaint

**INTERROGATORY NO. 13:**

Please state if you have ever claimed to any local, state or federal agency, that you ever suffered from any mental or physical disability, and if so state: (a) what the disability claimed was; (b) the agency/-ies to which you made such claim; (c) the dates each claim was submitted; and (d) the reason(s) you made such claim(s).

**INTERROGATORY NO. 14:**

Please state if whether you are or have ever been a Medicare beneficiary or eligible to receive Medicare benefits or Medicaid benefits.  If your answer is in the affirmative, please state: (a) when you became eligible for Medicare or Medicaid; (b) reason for Medicare or Medicaid eligibility; (c) your HICN No.; (d) have you or anyone on your behalf, including your attorney, contacted the Centers for Medicare & Medicaid Services (CMS) and provided notice of the alleged incident in accordance with 42 C.F.R. Section 411.25; (e) advise the date of the

notification given to CMS noted in section d above; and (f) who is your Medicare Advantage Plan provider?  If the answer is negative, please identify the dates you applied for Medicaid benefits, along with the dates you received notice of denial of each.

**INTERROGATORY NO. 15:**

Please state if whether you are or have ever been eligible to receive Social Security Administration ("SSA") disability benefits.  If your answer is in the affirmative, please state: (a) date you became eligible for disability; (b) reason for your disability eligibility; (c) your disability claim number; (d) how much do you receive in disability payments monthly?  If your answer to the above question is negative, please identify the dates you applied for Medicaid benefits, along with the dates you received notice of denial of each.

## FIRST SET OF REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Please produce copies of all **documents** produced to you by any party or non-party, or produced by you, in connection with discovery in this matter following the D.A.'s dismissal, including, without limitation: (1) written discovery requests (including subpoenas and/or subpoenas *duces tecum*); (2) written discovery responses; (3) all documents produced by you or any party, third-party and/or non-party in response to written discovery requests, oral requests (*e.g.*, during depositions/hearings) and/or subpoenas *duces tecum*; and (4) deposition transcripts and exhibits thereto.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of the CD produced to you by the Washington Parish Sheriff's Office (the "WPSO") in response to discovery requests propounded herein containing copies of recordings of telephone calls by and between Magee and other persons during the period of his incarceration in the Washington Parish Jail between March 28, 2014 and July 7, 2014.

**REQUEST FOR PRODUCTION NO. 3:**

Please provide a copy of all written, recorded, videotaped, or typed statements you made **relating to the incident** other than to your attorney.

**REQUEST FOR PRODUCTION NO. 4:**

All documents and communications identified in your responses to the Interrogatories above.

**REQUEST FOR PRODUCTION NO. 5:**

All documents and communications identified in your Amended Complaint.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce copies of all communications between you and/or your representatives, and the FBI during the relevant period, including all documents produced by you to the FBI (if any) and all documents received by you from the FBI (if any).

**REQUEST FOR PRODUCTION NO. 7:**

Please produce of all communications between you and Ruby Magee Walley during the relevant period and during the Incident.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce recordings of all conversations between you and defendant Ruby Magee Walle during the relevant period and during the Incident.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce of all communications between you and Walter P. Reed during the relevant period.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce recordings of all conversations between you and defendant Walter P. Reed during the relevant period.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce of all communications between you and defendant Jerry Wayne Cox during the relevant period.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce recordings of all conversations between you and defendant Jerry Wayne Cox during the relevant period.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce of all communications between you and your former wife, Crystal Hughes Magee (now Crystal Taylor) during the relevant period and during the Incident.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce recordings of all conversations between you and your former wife, Crystal Hughes Magee (now Crystal Taylor) during the relevant period and during the Incident.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce of all communications between you and Debbie Cox during the relevant period and during the Incident.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce recordings of all conversations between you and Debbie Cox during the relevant period and during the Incident.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce of all communications between you and Leon Hickman during the relevant period and during the Incident.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce recordings of all conversations between you and Leon Hickman during the relevant period and during the Incident.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce of all communications between Ruby Magee Walley and any representative(s) of the WPSO during the Incident.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce recordings of all conversations between Ruby Magee Walley and any representative(s) of the WPSO during the Incident.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce of all communications between you and/or your counsel and any representative(s) of the WPSO during the Incident.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce recordings of all conversations between you and/or your counsel and any representative(s) of the WPSO during the Incident.

**REQUEST FOR PRODUCTION NO. 23:**

Please produce of all communications between you and/or your counsel and any representative(s) of the District Attorney's Office for the 22nd Judicial District of Louisiana, Parishes of Washington and St. Tammany, during the Incident.

**REQUEST FOR PRODUCTION NO. 24:**

Please produce recordings of all conversations between you and/or your counsel and any representative(s) of the of the District Attorney's Office for the 22nd Judicial District of Louisiana, Parishes of Washington and St. Tammany, during the Incident.

**REQUEST FOR PRODUCTION NO. 25:**

Please produce a copy of the Order of Body Attachment and Order to Recall the Order of Body Attachment referenced in ¶s 5(d) and 5(e) of your Amended Complaint.

**REQUEST FOR PRODUCTION NO. 26**:

Please produce copies of all correspondence between the Arkansas Office of Child Support Enforcement in Conway, Arkansas and representatives of the D.A during the relevant period and Incident.

**REQUEST FOR PRODUCTION NO. 27**:

Please produce copies of all payments made by you in connection your child support obligations to Crystal Hughes Magee during the period September 2011 through March 2014.

**REQUEST FOR PRODUCTION NO. 28**:

Please produce copies of all press releases by the WPSO and/or the D.A which you allege in ¶ 15 of your Amended Complaint were issued relating to the Incident.

**REQUEST FOR PRODUCTION NO. 29**:

Please produce all documents supporting your allegation in in ¶ 15 of your Amended Complaint wherein you allege the Louisiana Department of Child & Family Services' ("DCFS") Covington Division requested the Arkansas Office of Child Support Enforcement to close your case.

**REQUEST FOR PRODUCTION NO. 30**:

Please provide all Federal Income Tax Returns, State Income Tax Returns, W-2 Forms, 1099 Forms, and all wage and lost wage information or documentation which you have for the year of the Incident and for the four years preceding the Incident.  If you are not in possession of each of these items or missing parts thereof, please complete lines 3 and 4, execute, date and return the *attached* IRS form 4506.

**REQUEST FOR PRODUCTION NO. 31:**

Please complete the "Current Address" field, "Place of Birth" field, execute, date and return the *attached* U.S. Dept. of Justice Certification of Identity form.

**REQUEST FOR PRODUCTION NO. 32:**

Please produce copies of all **documents** from any experts who (a) will testify at trial of this matter or (b) you have consulted.

**REQUEST FOR PRODUCTION NO. 33:**

Please produce all documents (if any) showing or tending to show that you subrogated and/or agreed to reimburse and/or obligated yourself to any person for any part of your claim for damages relating to the Incident, including for medical services.

**REQUEST FOR PRODUCTION NO. 34:**

Please provide a copy of all pictures and/or text-based posts you or anyone else posted on Facebook and/or other internet social media relating to the alleged incident.

**REQUEST FOR PRODUCTION NO. 35:**

Please provide copies of all documents submitted to or received from Social Security Administration (if any) relating to disability benefits awarded and/or paid to you.

**REQUEST FOR PRODUCTION NO. 36:**

Please provide copies of all documents submitted to or received from CMS or Medicare Advantage Plan or Medicare or Medicaid relating to incident-related treatment and/or billing for same (if any), including but not limited to, documents relating to Medicare's conditional claim or lien, any payment by Medicaid, any estimates, interim statements, email exchanges, and/or written correspondence.

**REQUEST FOR PRODUCTION NO. 37:**

Copies of transcripts of depositions of you taken pursuant to litigation initiated by you or on your behalf, whether in the physical possession of you, your attorney in the above-captioned case, or any other attorney you have ever employed.

**REQUEST FOR PRODUCTION NO. 38:**

Copies of transcripts of depositions of you taken pursuant to litigation initiated by someone other than you, whether in the physical possession of you, your attorney in the above-captioned case, or any other attorney you have ever employed.

**REQUEST FOR PRODUCTION NO. 39:**

Copies of your engagement letters and/or contracts for representation by attorneys John Allen, John Burke and Marion Farmer in connection with the Incident.

**REQUEST FOR PRODUCTION NO. 40:**

Copies of your detailed cell phone statements showing calls by you to and from the FBI and Debbie Cox.

Respectfully submitted:

**WARREN MONTGOMERY**
**DISTRICT ATTORNEY- 22nd JUDICIAL DISTRICT**

By: _____

**CARY J. MENARD (Bar No. 09426)**
**EMILY G. COUVILLON (Bar No. 31114)**
**ALEX L.M. DUCROS (Bar No. 32128)**
21454 Koop Drive, Suite 2G
Mandeville, Louisiana 70471
Phone:          (985) 898-3427
Facsimile:      (985) 867-5124

*Counsel for Walter P. Reed, in his Former Official Capacity as the District Attorney, 22nd Judicial District, Parishes of Washington and St. Tammany, State of Louisiana*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record via electronic mail to all counsel for all parties this 13th day of June, 2019.

ALEX L.M. DUCROS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROGER D. MAGEE** | * | **CIVIL ACTION NO.: 14-01986** |
| | * | |
| **VERSUS** | * | **JUDGE (SECTION "B")** |
| | * | **IVAN L.R. LEMELLE** |
| **WALTER P. REED, ET AL** | * | |
| | * | **MAGISTRATE (1):** |
| | * | **JANET VAN MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>A F F I D A V I T</u>

STATE OF _____

PARISH/COUNTY OF _____

BEFORE ME, the undersigned authority, personally came and appeared:

### ROGER DALE MAGEE

Who, after being duly sworn, did depose and say that he has reviewed the Answers to Requests for Admissions, Interrogatories and Requests for Production, which are attached, and they are true and correct to the best of his knowledge and belief.

_____
**ROGER DALE MAGEE**

SWORN TO AND SUBSCRIBED
before me, Notary Public, this
_____ day of _____, 2019.

_____
**NOTARY PUBLIC**
BAR NO. _____
My commission expires: _____

Form **4506**

(March 2019)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506, visit *www.irs.gov/form4506*.

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. Use **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>ROGER DALE MAGEE | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>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 |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.
Alex L.M. Ducros, ADA, La. 22nd Jud. Dist., 21454 Koop Dr., Ste. 2G, Mandeville, LA  70471  (985) 276-6396

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶

**Note:** If the copies must be certified for court or administrative proceedings, check here  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☑

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| | | | |
|---|---|---|---|
| 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 |
| 12/31/2014 | | | |

**8** **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| | | | |
|---|---|---|---|
| **a** | Cost for each return  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | $ | |
| **b** | Number of returns requested on line 7  .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | 5 |
| **c** | Total cost. Multiply line 8a by line 8b  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | $ | 250.00 |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here  .   .   .   .   .  ☑

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

| | |
|---|---|
| ▶ **Signature** (see instructions) | Date |
| ▶ **Title** (if line 1a above is a corporation, partnership, estate, or trust) | |
| ▶ **Spouse's signature** | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 41721E

Form **4506** (Rev. 3-2019)

Form 4506 (Rev. 3-2019)                                                                                                      Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

### Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |

### Chart for all other returns

| If you lived in or your business was in: | Mail to: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

 *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC  20503.

Full Name of Requester [1] ROGER DALE MAGEE

Citizenship Status [2] UNITED STATES   Social Security Number [3] 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

Current Address

Date of Birth 11/24/1964   Place of Birth

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Alex L.M. Ducros, ADA, La. 22nd Jud. Dist., 21454 Koop Dr., Ste. 2G, Mandeville, LA  70471   (985) 276-6396

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____   **Date** _____

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.