UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROGER D. MAGEE** | * | **CIVIL ACTION NO.: 14-01986** |
| | * | |
| **VERSUS** | * | **JUDGE (SECTION "B")** |
| | * | **IVAN L.R. LEMELLE** |
| **WALTER P. REED, ET AL** | * | |
| | * | **MAGISTRATE (1):** |
| | * | **JANET VAN MEERVELD** |
| * * * * * * * * * * * * * * * * * * | | |

## FED R. CIV. P. 37(A)(1) CERTIFICATE

The undersigned does hereby certify that his office conferred with counsel for the plaintiff, Roger Dale Magee ("Magee") on Wednesday, July 24, 2019, by telephone in an attempt to resolve the issues concerning the adequacy of the Magee's written responses to discovery requests and again following receipt of Magee's written supplemental responses to discovery requests, in person, at Magee's deposition held on October 3, 2019.

The matter could not be amicably resolved.

                                                          Respectfully submitted:

By:    s/ Alex L.M. Ducros, T.A._____
          **ALEX L.M. DUCROS (Bar No. 32128)**
          **Assistant District Attorney**
          21454 Koop Drive, Suite 2G
          Mandeville, Louisiana  70471
          Phone:      (985) 898-3427
          Facsimile:  (985) 867-5124

          *Counsel for Defendant, Walter P. Reed,*
          *in his former official capacity as*
          *22nd Judicial District Attorney*

1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on December 2, 2019 a copy of the foregoing Fed. R. Civ. P. 37(a)(1) Certificate was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

By: s/ Alex L.M. Ducros, T.A._____

**ALEX L.M. DUCROS (Bar No. 32128)**
**Assistant District Attorney**
21454 Koop Drive, Suite 2G
Mandeville, Louisiana  70471
Phone:       (985) 898-3427
Facsimile:   (985) 867-5124

*Counsel for Defendant, Walter P. Reed,*
*in his former official capacity as*
*22nd Judicial District Attorney*