UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROGER D. MAGEE** | * | CIVIL ACTION NO.: 14-01986 |
| | * | |
| **VERSUS** | * | JUDGE (SECTION "B") |
| | * | IVAN L.R. LEMELLE |
| **WALTER P. REED, ET AL** | * | |
| | * | MAGISTRATE (1): |
| | * | JANET VAN MEERVELD |
| * * * * * * * * * * * * * * * * * | | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER
AND TO LIMIT THE SCOPE OF PLAINTIFF'S DEPOSITION OF
FORMER ASSISTANT DISTRICT ATTORNEY LEIGH ANNE WALL**

This motion is submitted on behalf of defendant, Walter P. Reed, in his former official capacity as District Attorney for the 22nd Judicial District of Louisiana (the "D.A."), who moves to issue a Protective Order limiting the scope of former Washington Parish Assistant District Attorney Leigh Anne Wall's deposition to the remaining claims in this matter; namely, those set forth in "Count II" and "Count III" of the First Amended Complaint (Rec. Doc. 23) and, more specifically, prohibiting inquiry into the matters set forth in paragraph 60 of Magee's First Amended Complaint.

For the reasons more fully set forth in the accompanying memorandum, this motion should be granted.

Respectfully submitted:

By:  s/ Alex L.M. Ducros
**ALEX L.M. DUCROS (Bar No. 32128)**
**Assistant District Attorney**
21454 Koop Drive, Suite 2G
Mandeville, Louisiana  70471
Phone:         (985) 898-3427
Facsimile:     (985) 867-5124
*Counsel for Defendant, Walter P. Reed,
In his former official capacity as
22nd Judicial District Attorney*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on December 20, 2019, a copy of the foregoing Motion for Protective Order and to Limit the Scope of Plaintiff's Deposition of Former Assistant District Attorney Leigh Anne Wall was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

By:    s/ Alex L.M. Ducros_____
**ALEX L.M. DUCROS (Bar No. 32128)**